IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YEFRI A LEMUS LOPEZ, | § § § | |
| *Petitioner*, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-26-CV-497-FB |
| MIGUEL VERGARA, in His Official Capacity as Field Office Director, U.S. Immigration and Customs Enforcement, Enforcement & Removal Operations, San Antonio Field Office; KRISTI NOEM, in Her Official Capacity as Secretary of the Department of Homeland Security; and PAM BONDI, in Her Official Capacity as Attorney General of the United States, | § § § § § § § § § § § | |
| *Respondents*. | § | |

**ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT**

Before the Court is the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 filed on January 28, 2026 (ECF No. 1), by Petitioner Yefri A Lemus Lopez who is currently detained in the Karnes County Immigration Processing Center in Karnes City, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to:

Stephanie Rico, the Civil Process Clerk
United States Attorney's Office, Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition within five (5) days of the date of service. In preparing their response, if this case concerns, in whole or in part, whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the following prior court orders issued in the San Antonio Division of the Western District of Texas addressing this question and note any material factual differences:** *Vega-Vega v. Bondi,* No. SA-25-CV-1869-JKP at docket entry number 6 (W.D. Tex. Jan. 6, 2026); *Gonzalez-Gomez v. Bondi*, No. SA-25-CV-1861-JKP at docket entry number 7 (W.D. Tex. Jan 6, 2026); *Jaimes v. Lyons,* No. SA-25-CV-1700-FB at docket entry number 7 (W.D. Tex. Dec. 18, 2025); *Rahimi v. Thompson*, Order, No. SA-25-CV-1338-OLG (W.D. Tex. Dec. 4, 2025); *Tinoco Pineda v. Noem,* No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025); *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); and *Mendoza Euceda v. Noem*, Order, No. SA-25-CV-1234-OLG (W.D. Tex. Nov. 17, 2025). Failure to do so may result in a summary order granting all relief requested in the petition on that issue other than the request for attorney's fees. In lieu of a full response, Respondents may choose to file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the § 1225 versus § 1226 issue.

IT IS FURTHER ORDERED that, if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FURTHER ORDERED that **any possible or anticipated removal or transfer of Petitioner Yefri A Lemus Lopez is IMMEDIATELY STAYED**[1] **until further order from this**

---

[1] *See Maldonado v. Lyons,* Case No. 5:26-CV-0112-JKP, 2026 WL 196521196521, at *2 (W.D. Tex. Jan. 20, 2026) (stay of removal and transfer by Court proper exercise of Court's inherent power to preserve ability to hear case and "address the matters raised in the instant habeas petition").

**Court.  Respondents shall not transfer Petitioner Yefri A Lemus Lopez outside of this judicial district during the pendency of this litigation and until further Order of this Court.**

It is so ORDERED.

SIGNED this 29th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE